**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GERALD ULIBARRI,
on behalf of himself and a class
of similarly situated persons

                Plaintiff

v.                                                                        No. 1:18-cv-00294-RB-SCY

ENERGEN RESOURCES CORPORATION

                Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2018, I served Defendant Energen Resources Corporation's First Set of Requests for Admissions, Interrogatories, and Requests for Production of Documents to Plaintiff on the following parties via electronic mail:

        George A. Barton
        Robert G. Harken
        Law Offices of George A. Barton, P.C.
        7227 Metcalf Ave. Suite 301
        Overland Park, KS 66204
        gab@georgebartonlaw.com
        rob@georgebartonlaw.com

        Michael Chapman
        Newbold Chapman & Geyer PC
        150 E. Ninth St., Suite 400
        Durango, CO  81302
        mchapman@ncg-law.com

                                                HOLLAND & HART LLP

                                                By*/s/ Bradford C. Berge*
                                                Bradford C. Berge
                                                P.O. Box 2208
                                                Santa Fe, NM 87504-2208
                                                Tel: (505) 988-4421
                                                bberge@hollandhart.com

                                                Christopher A. Chrisman
                                                555 17th Street, Suite 3200
                                                Denver, CO 80202
                                                Tel: (303) 295-8000
                                                cachrisman@hollandhart.com

                                                **Attorneys for Energen Resources Corporation**

## CERTIFICATE OF SERVICE

       I hereby certify that on the 15th day of October, 2018, the foregoing was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

                George A. Barton
                Robert G. Harken
                Law Offices of George A. Barton, P.C.
                7227 Metcalf Ave. Suite 301
                Overland Park, KS 66204
                gab@georgebartonlaw.com
                rob@georgebartonlaw.com

                Michael Chapman
                Newbold Chapman & Geyer PC
                150 E. Ninth St., Suite 400
                Durango, CO  81302
                mchapman@ncg-law.com

                                                */s/ Bradford C. Berge*
                                                Bradford C. Berge

11516887_1